UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:25-cv-00496-JMB-SJB |
| v | HON. JANE M. BECKERING |
| STATE OF MICHIGAN; GRETCHEN WHITMER, in her official capacity as Governor of Michigan; and DANA NESSEL, in her official capacity as Michigan Attorney General, | MAG. SALLY J. BERENS<br><br>**MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)** |
| Defendants. | |

Adam R.F. Gustafson
Acting Assistant Attorney General
Robert N. Stander
Deputy Assistant Attorney General
Justin D. Heminger
Attorney
Attorneys for Plaintiff
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7415
Washington, D.C. 20044
202-514-5442
justin.heminger@usdog.gov

Richard S. Kuhl (P42042)
Assistant Attorney General
Attorney for Defendants
Michigan Department of Attorney General
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
517-335-7664
KuhlR@michigan.gov

Daivd M. Uhlmann
D.C. Bar No. 428216
Special Assistant Attorney
General
Attorney for Defendants
Marten Law, LLP
1747 Pennsylvania Ave NW, Ste 1250
Washington, DC 20006
202-642-3648
duhlmann@martenlaw.com

/

## MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)

Defendants the State of Michigan; Gretchen Whitmer, in her official capacity as Governor of Michigan; and Dana Nessel, in her official capacity as the Michigan Attorney General, move under Federal Rule of Civil Procedure 12(b)(1) to dismiss Plaintiff the United States of America's Complaint for lack of subject-matter jurisdiction on ripeness grounds.

As required by W.D. Mich. LCivR 7.1(d)(i), on June 17, 2025, Counsel for the Defendants emailed Counsel for Plaintiff seeking its position on this motion. Without indicating its position, counsel asked to confer. Counsel for Defendants proposed a date and time for a call, but has heard nothing further from Counsel for Plaintiff.

Respectfully submitted,

*/s/ Richard S. Kuhl*
Richard S. Kuhl (P42042)
Assistant Attorney General
Attorney for Defendants
Michigan Department of Attorney General
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
KuhlR@michigan.gov

David M. Uhlmann
D.C. Bar No. 428216
Special Assistant Attorney General
Attorney for Defendants
Marten Law, LLP
1747 Pennsylvania Avenue NW
Suite 1250

2

                                              Washington, DC 20006
                                              (202) 642-3648
                                              duhlmann@martenlaw.com

Dated:  June 20, 2025