UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:25-cv-496

HON. JANE M. BECKERING

## **ORDER**

Pending before the Court is a June 20, 2025 Motion to Dismiss filed by Defendants (ECF No. 6). On July 11, 2025, Plaintiff filed an Amended Complaint (ECF No. 8). Because the Amended Complaint supersedes Plaintiff's earlier complaint, the Motion to Dismiss the earlier Complaint is moot. *See In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013).

Accordingly:

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 6) is DISMISSED as moot.

Dated: July 15, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge