UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

STATE OF MICHIGAN; GRETCHEN WHITMER, in her official capacity as Governor of Michigan; and DANA NESSEL, in her official capacity as Michigan Attorney General,

    Defendants.

No. 1:25-cv-00496-JMB-SJB

HON. JANE M. BECKERING

MAG. SALLY J. BERENS

**RENEWED MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**

---

Adam R.F. Gustafson
Acting Assistant Attorney General
Robert N. Stander
Deputy Assistant Attorney General
Justin D. Heminger
Attorney
Attorneys for Plaintiff
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7415
Washington, D.C. 20044
202-514-5442
justin.heminger@usdog.gov

---

| | |
|---|---|
| Richard S. Kuhl (P42042)<br>Assistant Attorney General<br>Attorney for Defendants<br>Michigan Department of Attorney General<br>Environment, Natural Resources, and Agriculture Division<br>P.O. Box 30755<br>Lansing, MI 48909<br>517-335-7664<br>KuhlR@michigan.gov | Daivd M. Uhlmann<br>D.C. Bar No. 428216<br>Special Assistant Attorney General<br>Attorney for Defendants<br>Marten Law, LLP<br>1747 Pennsylvania Ave NW, Ste 1250<br>Washington, DC 20006<br>202-642-3648<br>duhlmann@martenlaw.com |

## RENEWED MOTION TO DISMISS PURSUANT TO RULE 12(B)(1)

Defendants the State of Michigan; Gretchen Whitmer, in her official capacity as Governor of Michigan; and Dana Nessel, in her official capacity as the Michigan Attorney General; move under Federal Rule of Civil Procedure 12(b)(1) to dismiss Plaintiff the United States of America's Amended Complaint for lack of subject-matter jurisdiction on ripeness grounds.

As required by W.D. Mich. LCivR 7.1(d)(i), Defendants emailed Plaintiff on July 30, 2025, seeking its position on this motion.  Plaintiff advised that it intended to oppose the motion.

Respectfully submitted,

/s/ *Richard S. Kuhl*
Richard Kuhl (P42042)
Assistant Attorney General
Michigan Department of Attorney General
Environment, Natural Resources, and
Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
KuhlR@michigan.gov

David M. Uhlmann
D.C. Bar No. 428216
Special Assistant Attorney General
Marten Law, LLP
1747 Pennsylvania Avenue NW
Suite 1250
Washington, DC 20006
(202) 642-3648
duhlmann@martenlaw.com

Dated:  July 31, 2025

1