UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:25-cv-496

HON. JANE M. BECKERING

## **ORDER**

This matter is before the Court on Defendants' Unopposed Motion for extension of time (ECF No. 12), seeking to permit their renewed motion to dismiss (ECF No. 10) to be deemed timely. The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Unopposed Motion for extension of time (ECF No. 12) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff shall, not later than <u>August 28, 2025</u>, file its response to the renewed motion to dismiss (ECF No. 10).

Dated: August 5, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge