**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| | ) | Case No. 1:25-cv-496-JMD-SJB |
| *Plaintiff,* | ) ) | Hon. Jane M. Beckering |
| v. | ) ) ) | |
| STATE OF MICHIGAN; GRETCHEN WHITMER, in her official capacity as Governor of Michigan and DANA NESSEL, in her official capacity As Michigan Attorney General | ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) ) ) | |

**THE UNITED STATES' UNOPPOSED MOTION FOR AN ENLARGEMENT**
**OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

The United States of America moves under Federal Rule of Civil Procedure 6(b) and Western District of Michigan Local Civil Rule 7.1(c) to extend the United States' deadline to respond to Defendants' Motion to Dismiss to September 29, 2025. *See* Dkt. No. 10 (Motion to Dismiss). State of Michigan, Governor Gretchen Whitmer, and Attorney General Dana Nessel (collectively, Michigan) do not oppose. Good cause exists for this unopposed extension for the following reasons:

1.      On April 30, 2025, the United States filed a complaint for declaratory and injunctive relief against Michigan. *See* Dkt. No. 1.

2.      On June 20, Michigan filed a motion to dismiss for lack of jurisdiction. *See* Dkt. No. 6.

3.      On July 11, the United States filed an amended complaint for declaratory and injunctive relief against Michigan. *See* Dkt. No. 8.

4.      On July 31, Michigan filed a motion to dismiss the amended complaint for lack of jurisdiction. *See* Dkt. No. 10.

5.      Pursuant to Local Civil Rule 7.2(c), the United States must respond to Michigan's Motion to Dismiss by August 28.

6.      On August 12, the parties met and conferred by video conference about the United States' request for 30 additional days to respond to Michigan's Motion to Dismiss. As explained at the meet and confer, counsel for the United States need additional time to draft a response due to work in other cases[1] and competing obligations arising from their leadership positions in the Environment and Natural Resources Division at the U.S. Department of Justice.

7.      On August 22, Michigan agreed to 30 more days for the United States to respond to its Motion to Dismiss.

8.      Accordingly, the United States requests that Court enter its proposed order below and extend the deadline for the United States to respond to Michigan's Motion to Dismiss to September 29, 2025.

---

[1] *See, e.g., United States, et al. v. State of New York, et al.*, No. 1:25-cv-03656 (S.D.N.Y.); *United States, et al. v. State of Vermont, et al.*, No. 2:25-cv-463 (D. Vt.); *United States v. State of Hawaii, et al.*, No. 1:25-cv-00179 (D. Hawaii); *Enbridge Energy, Ltd., et al. v. Whitmer, et al.*, No. 1:20-cv-01141 (W.D. Mich.); *AmFree v. Engine Manufacturers Ass'n, et al.*, No. 3:24-cv-50504 (N.D. Ill.); *Daimler v. California Air Resources Board, et al*, No. 2:25-at-01037 (E.D. Cal.).

Dated: August 25, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

ROBERT N. STANDER
Deputy Assistant Attorney General

JUSTIN D. HEMINGER
Acting Deputy Assistant Attorney General

　/s/ John K. Adams　　　　　　　　　
JOHN K. ADAMS
Chief of Staff and Senior Counsel
Environment and Natural Resources Div.
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 353-5905
John.Adams3@usdoj.gov

*Counsel to the United States*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 1:25-cv-496-JMD-SJB |
| | ) | |
| *Plaintiff,* | ) | Hon. Jane M. Beckering |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF MICHIGAN; | ) | |
| GRETCHEN WHITMER, in her | ) | |
| official capacity as Governor of | ) | |
| Michigan and | ) | |
| DANA NESSEL, in her official capacity | ) | |
| As Michigan Attorney General | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER EXTENDING THE UNITED STATES' TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS**

This matter having come before the Court upon the United States' Unopposed Motion for an Enlargement of Time to Respond to Defendants' Motion to Dismiss.

THE COURT HEREBY ORDERS that the time for the United States to respond to Defendants' Motion to Dismiss, *see* Dkt. No. 10, is extended to September 29, 2025.

BY THE COURT:

Dated: August        , 2025

_____
Hon. Jane M. Beckering
U.S. District Court Judge

1