UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:25-cv-496

HON. JANE M. BECKERING

## **ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for extension of time (ECF No. 16), seeking to extend the deadline to file its response to the renewed motion to dismiss (ECF No. 10). The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Unopposed Motion for extension of time (ECF No. 16) is GRANTED. Plaintiff shall, not later than September 29, 2025, file its response to the renewed motion to dismiss (ECF No. 10).

Dated: August 26, 2025

         /s/ Jane M. Beckering
        JANE M. BECKERING
        United States District Judge