UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:25-cv-496

HON. JANE M. BECKERING

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that this action is DISMISSED for lack of subject-matter jurisdiction.

This case is closed.

Dated: January 24, 2026

  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge